FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANSELMO GONZALEZ, (03), <br><br> Defendant. | No. 1:14-CR-02012-SMJ-3 <br><br> **ORDER GRANTING THE USAO'S MOTION TO DISMISS AND QUASHING ARREST WARRANT** |

Before the Court, without oral argument, is the U.S. Attorney's Office's (USAO) Motion to Dismiss Indictment and Quash Warrant, ECF No. 135. The USAO seeks the Court's leave to dismiss the Indictment, ECF No. 1, without prejudice as to Defendant Anselmo Gonzalez pursuant to Federal Rule of Criminal Procedure 48(a). Having reviewed the pleadings filed in connection with the motion, the Court grants the USAO leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's Motion to Dismiss Indictment and Quash Warrant, **ECF No. 135**, is **GRANTED**.

**2.** The Indictment, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Anselmo Gonzalez.

**3.** All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**4.** The arrest warrant issued for Defendant Anselmo Gonzalez is **QUASHED**.

**5.** The U.S. Marshals Service **SHALL NOT HOLD** Defendant Anselmo Gonzalez in its custody in connection with this matter.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 11th day of September 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge